FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLENE GONZALES, an individual; REBECCA HOFFARTH, an individual; APRIL LONG, an individual; and VICTORIA TAPIA, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | No. 4:20-CV-05233-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 6. The parties agree and stipulate that Plaintiffs' common law right of privacy claim should be dismissed without prejudice, and that Plaintiffs' constitutional claims under 42 U.S.C. § 1983 be dismissed with prejudice. The parties also agree that neither party is entitled to attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court grants the motion.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.  The parties' Stipulated Motion to Dismiss, ECF No. 6, is **GRANTED**.

    2. Plaintiffs' common law right of privacy claim is **DISMISSED without prejudice**. Plaintiffs' constitutional claims are **DISMISSED with prejudice** as

**ORDER DISMISSING CASE** * 1

against Defendant Department of Corrections. Neither party is entitled to attorney's fees or costs.

3. All deadlines are **VACATED.**

4. Defendant's Motion for and Memorandum in Support of Judgment on the Pleadings, ECF No. 5, is **DENIED as moot**. Any other pending motions are also denied as moot.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 5th day of January 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** * 2